IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANIBAL SAN ANTONIO,

     Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1195

_____/

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Anibal San Antonio, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Alexandria E. Williams, Assistant
General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.